**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Ronnie Raynard BROOKS,
Defendant–Appellant.**

No. 07–40479.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 4, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Vincent A. Gonzalez, Corpus Christi, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM: *

Ronnie Raynard Brooks was convicted of two charges of aiding and abetting transportation of an alien within the United States and was sentenced to serve 19 months in prison. Brooks appeals his sentence. He argues that the district court clearly erred by determining that his offenses were committed for profit and by sentencing him in accordance with this determination. Our review of the record both refutes Brooks's assertions concerning the propriety of the district court's findings and shows that he was ineligible for the requested adjustment under the plain language of the pertinent Guideline. *See* U.S.S.G. § 2L1.1(b)(1); *United States v. Villanueva,* 408 F.3d 193, 203 (5th Cir. 2005). Brooks has failed to show error in connection with his sentence. Consequently, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.